UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DEXTER DEANGELO HOLDER** | **CASE NO. 6:23-CV-00513 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KEITH COOLEY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions are **DENIED** as **MOOT.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 5th day of July, 2023.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**